396 A.2d 828

Commonwealth v. Starr, Appellant.

 Argued October 23,

618

1978. James R. Fitzgerald, for appellant; Leo M. Dillon, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.